**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6488**

---

ROBERT MORRIS COCHRAN, a/k/a Michael the
Archangel,

Plaintiff - Appellant,

versus

THOMAS F. STRUBBE, in lieu of Pro Se Clerk and
five witnesses,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-69-5-CT-H)

---

Submitted: July 23, 1996          Decided: August 5, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Morris Cochran, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cochran v. Strubbe</u>, No. CA-95-69-5-CT-H (E.D.N.C. Mar. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>